IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JERRY PEREZ JR, § § Petitioner, § VS. § LORIE DAVIS, § § Respondent. § | CIVIL NO. 1:13-CV-067 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, including Davis's objections, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Davis's Amended Motion for Summary Judgment, entered as docket number 60, is **DENIED**; and, Davis's Amended Motion for Summary Judgment, entered as docket number 59, is **DENIED** as moot.

SIGNED this 21st day of July, 2017.

_____
Hilda Tagle
Senior United States District Judge