# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JERRY PEREZ JR, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 1:13-CV-67 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

The Court has before it Petitioner's amended habeas petition (Dkt. No. 53), the Magistrate Judge's January 16, 2018, Report and Recommendation ("R&R") (Dkt. No. 80), and Petitioner's objections to the R&R (Dkt. No. 83). After an independent review of the record and applicable law, the Court **ADOPTS IN PART** the January 16, 2018, R&R, as to all issues except a Certificate of Appealability, and **DISMISSES** Petitioner's amended habeas petition (Dkt. No. 53) as time-barred. Final Judgment will be entered separately.

The Court **DECLINES TO ADOPT IN PART** the R&R insofar as it recommends that the Court order more briefing on whether a Certificate of Appealability should issue. The Court does not order further briefing at this time. Although Petitioner makes passing references in his brief to a Certificate of Appealability, he does not make a formal request and the Court will not rule on the issue *sua sponte*. *See* Dkt. No. 79 at 3. The Court will consider any proper request for a Certificate of Appealability and may order additional briefing at that time.

SIGNED this 5th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge